# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2371

_____

TERRANCE J. EDWARDS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


June 21, 2018


PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Terrance J. Edwards, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.